**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:18-CR-311-MOC-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MANUEL MAURO CHAVEZ,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Seal United States' Opposition To Defendant's Motion To Suppress" (Document No. 80) filed June 21, 2019. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as United States' Opposition To Defendant's Motion to Suppress contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Seal United States' Opposition To Defendant's Motion To Suppress" (Document No. 80) is **GRANTED**, and the "United States' Opposition To Defendant's Motion To Suppress" (Document No. 79) is sealed until further Order of this Court.

Signed: June 26, 2019

David C. Keesler
United States Magistrate Judge