UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-00311-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MANUEL MAURO CHAVEZ,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion to Suppress and the government's Motion to Seal the transcript of the July 10, 2019 suppression hearing. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the transcript of the July 10, 2019 suppression hearing contains sensitive and private information that is inappropriate for public access. Having carefully considered the motions and the record, and for the reasons stated in open court, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that

i. Defendant's Motion to Suppress (#74) is **HELD IN ABEYANCE** and preserved for reconsideration pending an evidentiary hearing on the matter;

ii. The Motion to Suppress (#74) is **RESET** for evidentiary hearing on the next available hearing date in Charlotte;

1

iii. The government's Motion to Seal (oral) is **GRANTED**, and the transcript of the July 10, 2019 suppression hearing is **SEALED**.

Signed: July 16, 2019

*[Signature]*

Max O. Cogburn Jr
United States District Judge