UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-311-MOC-DCK-3

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **MANUEL MAURO CHAVEZ,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on defendant's Motion to Reschedule Hearing re Defendant's Motion to Suppress. (#89). Having considered defendant's motion and reviewed the pleadings, and it appearing that the government does not oppose such request, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Reschedule Hearing re Defendant's Motion to Suppress (#89) is **GRANTED**, and the Clerk of Court is instructed to reschedule the hearing as agreed to by the parties and chambers in informal communications.

Signed: August 2, 2019

Max O. Cogburn Jr.
United States District Judge