IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-311-MOC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| MANUEL MAURO CHAVEZ, | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal Supplemental Brief" (Document No. 100) filed September 5, 2019. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines for now that no less restrictive means other than sealing is sufficient inasmuch as the Defendant's Supplemental Brief (Document No. 101) may contain sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal Supplemental Brief" (Document No. 100) is **GRANTED**, and the "Supplemental Brief in Support of Defendant's Motion To Suppress (Document No. 101) is sealed until further Order of this Court.

Signed: October 1, 2019

David C. Keesler
United States Magistrate Judge