# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:18-CR-311-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MANUEL MAURO CHAVEZ, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "United States' Motion To Seal" (Document No. 102) filed September 5, 2019. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines for now that no less restrictive means other than sealing is sufficient inasmuch as the United States' Supplemental Brief in Support of its Opposition to Defendant's Motion to Suppress (Document No. 103) may contain sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "United States' Motion To Seal" (Document No. 102) is **GRANTED**, and the United States' Supplemental Brief in Support of its Opposition to Defendant's Motion to Suppress (Document No. 103) is sealed until further Order of this Court.

Signed: October 1, 2019

_____
David C. Keesler
United States Magistrate Judge