DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-311-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| ROGER ROGER, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Government's Unopposed Motion for Extension of Time to File Response to Motion in Limine. (Doc. No. 268). The motion is **GRANTED** and the deadline is extended to June 28, 2021.

Signed: June 28, 2021

Max O. Cogburn Jr
United States District Judge