UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18cr311-MOC

| United States of America, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Manuel Mauro Chavez, | ) |
| Mark Raymond Oman | ) |
| Defendants. | ) |

THIS MATTER is before the Court on the Government's Motion to Dismiss Certain Counts of the Indictment. (Doc. No. 294).

Upon consideration of the Motion, it is hereby ORDERED that the Government's Motion to Dismiss Certain Counts of the Indictment is GRANTED; and it is further ORDERED that Counts 2, 4, 5, 12, 14, and 15 of Indictment be, and the same hereby are, DISMISSED against Defendants Manuel Mauro Chavez and Mark Raymond Oman with prejudice.

Signed: July 8, 2021

Max O. Cogburn Jr.
United States District Judge