IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:18-CR-311-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MANUEL MAURO CHAVEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Unopposed Motion To Unseal" (Document No. 307) filed July 16, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

By the instant motion, Defendant Chavez requests that the Court unseal his previously filed "Motion To Suppress" (Document No. 74 and related filings and hearings. (Document No. 307). Defendant notes that a jury has rendered a verdict in this case, and therefore, these filings no longer need to remain sealed. <u>Id.</u> The Government has stated that it does not object to the granting of this motion. <u>Id.</u>

**IT IS, THEREFORE, ORDERED** that the "Unopposed Motion To Unseal" (Document No. 307) is **GRANTED**.

Signed: July 16, 2021

David C. Keesler
United States Magistrate Judge