IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:18-CR-311-MOC-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MANUEL MAURO CHAVEZ, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 313) filed by Carole Melissa Owen, concerning Joel Hirschhorn, on July 23, 2021. Joel Hirschhorn seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 313) is **GRANTED**. Joel Hirschhorn is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: July 26, 2021

David C. Keesler
United States Magistrate Judge