IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:18-CR-311-MOC-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MANUEL MAURO CHAVEZ, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 433) filed by Carole Melissa Owen, concerning Alek Ubieta, on December 28, 2022. Alek Ubieta seeks to appear as counsel *pro hac vice* for Defendant Manuel Mauro Chavez. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 433) is **GRANTED**. Alek Ubieta is hereby admitted *pro hac vice* to represent Defendant Manuel Mauro Chavez.

**SO ORDERED**.

Signed: December 28, 2022

David C. Keesler
United States Magistrate Judge